Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CIVIL Division

OCT 14 2025 AM 9:33
FILED - USDC - FLMD - TPA

| | |
|---|---|
| Alexis O. Lopez Gonzalez;<br>Anabel Liso, | Case No. 8:25-cv-2806-JLB-AEP<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Freedom Mortgage Corporation;<br>Stanley C. Middleman, President & Director;<br>Maria Gallucci, Secretary, | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alexis O. Lopez Gonzalez; Anabel Liso |
   | Street Address | 5202 Chilkoot St. |
   | City and County | Temple Terrace, Hillsborough |
   | State and Zip Code | Florida [33617] |
   | Telephone Number | (813) 335-9197 |
   | E-mail Address | alexislopezg1988@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.


TPA73108
$405

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Freedom Mortgage Corporation
- Job or Title (if known): Mortgage Servicer
- Street Address: 951 Yamato Road, Suite 175
- City and County: Boca Raton, Palm Beach
- State and Zip Code: FL 33431
- Telephone Number: (877) 220-5533
- E-mail Address (if known):

Defendant No. 2
- Name: Stanley C. Middleman
- Job or Title (if known): President
- Street Address: 951 Yamato Road, Suite 175
- City and County: Boca Raton, Palm Beach
- State and Zip Code: FL 33431
- Telephone Number: (877) 220-5533
- E-mail Address (if known):

Defendant No. 3
- Name: Maria Gallucci
- Job or Title (if known): Secretary
- Street Address: 951 Yamato Road, Suite 175
- City and County: Boca Raton, Palm Beach
- State and Zip Code: FL 33431
- Telephone Number: (877) 220-5533
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Public Law 89-485; 12 U.S.C. §§ 24, 25b, 371, 375a–375b, 503, 632, 1813(u), 1843, 501a; 12 C.F.R. §§ 28, 34, 215, 347.105; 15 U.S.C. § 1641 (Truth in Lending Act – TILA); 12 U.S.C. § 2605 (Real Estate Settlement Procedures Act – RESPA); 15 U.S.C. § 1692 (Fair Debt Collection Practices Act – FDCPA); 18 U.S.C. §§ 1961–1964 (Racketeer Influenced and Corrupt Organizations Act – RICO); U.S. Constitution, Article VI (Supremacy Clause)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about April 2021, the defendants originated a mortgage loan secured by our property located at 5202 Chilkoot Street, Temple Terrace, Florida 33617. At no time have they produced any Act of Congress authorizing them to contract with private citizens for residential mortgages within the several States or any delegation from the Office of the Comptroller of the Currency (OCC) permitting enforcement after default, as required by Public Law 89-485 and related banking statutes. We issued a Qualified Written Request on June 18, 2025, and a formal notice on August 25, 2025, demanding proof of statutory authority, collateral deposit records, and OCC delegation, but defendants failed to respond with any such evidence. Instead, they issued payoff and arrears

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs seek declaratory, injunctive, and monetary relief for Defendants' unlawful actions. Defendants' misrepresentations and concealment caused clouding of title, impairment of property rights, emotional distress, and exposure to unlawful foreclosure. Plaintiffs seek actual damages of $250,000 for loss of property value, legal costs, and emotional harm, plus statutory damages under RESPA, TILA, FDCPA, and treble damages under RICO. Plaintiffs also seek punitive damages of $1,000,000 due to Defendants' willful fraud, knowing violations of federal law, and continued threats of enforcement without lawful authority, which remain ongoing and present at this time. Plaintiffs further request quiet title and permanent injunctive relief preventing any foreclosure or

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-10-2025

Signature of Plaintiff
Printed Name of Plaintiff    ALEXIS O. LOPEZ GONZALEZ    Anabel Liso

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

State of Florida    County of Hillsborough
The foregoing instrument was acknowledged before me
on this 10th day of October, 20 25
by Alexis O. Lopez Gonzalez and Anabel Liso


JUSTIN P. MORRISON
Notary Public-State of Florida
Commission # HH 656874
My Commission Expires
July 20, 2029